# Order

Michigan Supreme Court
Lansing, Michigan

June 9, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130125-7 & (73)

CARRIER CREEK DRAINAGE DISTRICT,
   Plaintiff-Appellee,

v

LAND ONE, L.L.C.,
   Defendant-Appellant.

SC: 130125
COA: 255609
Eaton CC: 03-000067-CC

_____/

CARRIER CREEK DRAINAGE DISTRICT,
   Plaintiff-Appellee,

v

ECHO 45, L.L.C.,
   Defendant-Appellant.

SC: 130126
COA: 255610
Eaton CC: 03-000068-CC

_____/

CARRIER CREEK DRAINAGE DISTRICT,
   Plaintiff-Appellee,

v

LAND ONE, L.L.C.,
   Defendant-Appellant,

and

STANDARD FEDERAL BANK, f//k/a
MICHIGAN NATIONAL BANK,
   Defendant-Appellee.

SC: 130127
COA: 255611
Eaton CC: 03-000069-CC

_____/

On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the November 3, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall limit the issues to be addressed at oral argument to whether a landowner is required, under MCL 213.55(3), to provide written notice to the condemning authority of the landowner's claim of compensation for the "possibility of rezoning" of the condemned property. The parties and amicus curiae may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2006

Clerk

p0606